[No. 48696-2-II.   Division Two.   April 25, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. CAITLIN MIRANDA ALLRED, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 15-1-00559-1, James W. Lawler, J., entered March 9, 2016. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Melnick and Sutton, JJ.

[No. 48761-6-II.   Division Two.   April 25, 2017.]

MICHAEL D. MONTGOMERY, *Respondent*, v. DENNIS J. MONTGOMERY ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-2-13036-5, Bryan E. Chushcoff, J., entered January 29, 2016. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Maxa, A.C.J., and Sutton, J.

[No. 49605-4-II.   Division Two.   April 25, 2017.]

P&M CONSTRUCTION, INC., *Appellant*, v. SEAN R. MATT ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-23546-1, Mariane C. Spearman, J., entered December 1, 2015. *Reversed* by unpublished opinion per Worswick, J., concurred in by Maxa, A.C.J., and Sutton, J.

[No. 33977-7-III.   Division Three.   April 25, 2017.]

MURRAY M. CAMPBELL, JR., *Respondent*, v. RUTH L. DROLLINGER, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 15-2-02957-5, Richard H. Bartheld, J., entered December 8, 2015. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Korsmo and Pennell, JJ.